BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SERISSE MICHELLE PERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:15-cv-02482-CKD<br><br>**UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

Defendant respectfully motions this Court for a second extension of time of 16 days to file her motion for summary judgment, or until Friday, July 1, 2016. Upon review of Plaintiff's MSJ, Defendant requests this additional time for the opportunity to consider the possibility of voluntary remand in lieu of further litigation. In addition, Defendant respectfully requests this extension because of a heavy accumulated workload as a result of a two week absence from the office. The undersigned spoke with Plaintiff's counsel by telephone on June 28, 2016, and was informed that this motion is not opposed.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, July 1, 2016.

Respectfully submitted,

Date: *June 28, 2016*            BENJAMIN B. WAGNER
United States Attorney

By:    */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  June 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2